js-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOBBY GONZALEZ,<br><br>   Petitioner,<br><br>   v.<br><br>DEFENDANT; LOS ANGELES COUNTY SHERIFF, et al.,<br><br>   Respondents. | NO. CV 17-4049-JFW(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: August 17, 2017.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE